SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>     vs.<br><br><br>Davis & Davis Associates, LTD, et al,<br><br><br><br>            Defendants | Case No.: CIV.S 08-cv-00185-LKK-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF DAVIS & DAVIS ASSOCIATES, LTD AND ORDER**<br><br>Complaint Filed: JANUARY 25, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Davis & Davis Associates, LTD) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Davis & Davis Associates, LTD) is dismissed because Defendant is not a proper party to this action.

Dated: March 13, 2008                                     /s/Scott N. Johnson_____
                                                          SCOTT N. JOHNSON
                                                          Plaintiff, In Pro Per


**IT IS SO ORDERED**.


Dated:   March 14, 2008.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT